NOT FOR PUBLICATION (Doc. No. 15)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____
                                            :
CATLIN SPECIALTY INSURANCE CO.,             :
                                            :
      Plaintiff,                            :
                                            :  Civil No. 10-5722 (RBK/AMD)
      v.                                    :
                                            :  **ORDER**
PLATO CONSTRUCTION CORP.,                   :
                                            :
      Defendant.                            :
_____:

      **THIS MATTER** having come before the Court upon the motion of Plato Construction Corp. ("Defendant") to vacate entry of default and to dismiss the action initiated by Catlin Specialty Insurance Co. ("Plaintiff"), and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

      **IT IS HEREBY ORDERED** that Defendant's motion to vacate entry of default and to dismiss is **GRANTED**; and

      **IT IS FURTHER ORDERED** that the Clerk's May 4, 2011 Entry of Default as against Defendant is hereby vacated; and

      **IT IS FURTHER ORDERED** that Plaintiff's Complaint is dismissed without prejudice. The Clerk is directed to close the file.


Dated: 3/19/12                                                                               /s/ Robert B. Kugler
                                                                                                        ROBERT B. KUGLER
                                                                                                        United States District Judge